UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **EMMA NATION**, **ROSE MYERS** by and through her guardian Emma Nation**,** and **JANE ROE**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP**, in his official capacity as President of the United States; **etc. et al.**<br><br>Defendants | Case No: 4:18-cv-03984-HSG<br><br>ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE OR IN THE ALTERNATIVE TO AUTHORIZE COURT CALL<br><br>The Honorable Haywood S. Gilliam, Jr. Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA<br><br>CMC Date: October 2, 2018<br><br>Time: 2:00pm |

**ORDER**

Plaintiffs' Administrative Motion to Continue the Case Management Conference or in the alternative authorize courtcall was considered by this Court.

Having considered the matter, the Court:

Grants the motion and continues the Case Management Conference to December 13, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 9/27/2018

*Haywood S. Gill, Jr.*

UNITED STATES DISTRICT