UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA NATION, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, et al.,<br><br>   Defendants. | Case No. 18-cv-03984-HSG<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 14 |

  Pending before the Court is Defendant Humboldt Bay Housing Development Corporation's (HBHDC) motion to dismiss Plaintiffs' complaint against it. *See* Motion to Dismiss ("Mot."), Dkt. No. 14.[1] Plaintiffs agree that HBHDC should be dismissed from this case. *See* Plaintiffs' Response, Dkt. No. 20 at 2 ("Plaintiff respectfully requests HBHDC be dismissed from this action without prejudice"); *see also* Plaintiffs' Case Management Statement, Dkt. No. 21 at 1 (HBHDC "is going to be dismissed from this action").

  Accordingly, the Court **GRANTS** Defendant's motion and dismisses Defendant HBHDC from this case, without prejudice. *See* Fed. R. Civ. P. 41(a)(2). The Court need not consider at this time Defendant's 12(b)(6), futility, and claim or issue preclusion arguments.

  Because the Court grants the motion to dismiss, the Court need not rule on HBHDC's request for judicial notice, *see* Dkt. No. 15, and the Clerk is directed to terminate that request.

  **IT IS SO ORDERED.**

Dated: 12/7/2018

                       */s/ Haywood S. Gilliam, Jr.*
                       HAYWOOD S. GILLIAM, JR.
                       United States District Judge

---

[1] The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).