UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMA NATION,

        Plaintiff,

     v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No.  18-cv-03984-HSG

**JUDGMENT**

     Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal

Rule of Civil Procedure 58(a).

     Dated at Oakland, California, this 18th day of July, 2019.

Susan Y. Soong
Clerk of Court

By: _____

    Nikki D. Riley
    Deputy Clerk to the Honorable
    HAYWOOD S. GILLIAM, JR.